Entered on Docket March 24, 2023

**Below is the Judgment of the Court.**



**Timothy W. Dore**
**U.S. Bankruptcy Court Judge**
**(Dated as of Entered on Docket date above)**

_____

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | |
| WATER WIND AND SKY LLC, | Case No. 22-10752-TWD |
| Debtor. | |
| WATER WIND AND SKY LLC, | |
| Plaintiff, | Adversary No. 22-01025-TWD |
| v. | **JUDGMENT FROM TRIAL** |
| MGP BEACON GUARANTY LLC, | |
| Defendant. | |

A trial was held in this adversary proceeding on January 23, 24 and 25, 2023. After considering the evidence, arguments and pleadings, the Court made both oral findings of fact and conclusions of law on the record on February 16, 2023 pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal

Rule of Civil Procedure 52(a) [Docket Nos. 92 and 97] and supplemental written findings and conclusions [Docket No. 90]. Thereafter, the Court entered an order denying a motion to amend its findings and conclusions [Docket No. 121] and an order awarding prevailing party attorneys' fees and costs [Docket No. 123]. The Court hereby issues its final judgment as follows:

ORDERED that:

1. The amount owed by Water Wind and Sky LLC to MGP Beacon Guaranty LLC as of May 5, 2022 is $2,965,102 ("Loan Amount").

2. MGP Beacon Guaranty LLC owes Water Wind and Sky LLC attorneys' fees and costs of $575,671, which amount may be setoff against the Loan Amount.

3. Any further dispute about the amount owed by Water Wind and Sky LLC to MGP Beacon Guaranty LLC as of the December 6, 2022 effective date of Water Wind and Sky LLC's confirmed plan of reorganization [Case No. 22-10752, Docket Nos. 147 and 151] shall be resolved by motion in Case No. 22-10752.

4. This is the final judgment in this adversary proceeding.

/ / / End of Order / / /